1  Amrane Cohen, Chapter 13 Trustee
   770 The City Drive South, Suite 3300
2  Orange, CA 92868
   Phone (714) 621-0200
3  Fax   (714) 621-0277

FILED
AUG - 9 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

## United States Bankruptcy Court
## Central District of California

| | | |
|---|---|---|
| GUY JOSEPH SANDERS | ) | Chapter 13 |
| | ) | Case No.: 8:08-bk-18362-ES |
| | ) | **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) | (Bankruptcy Rule 3011) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **300785** in the sum of **$0.01** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 . The name and address of the party entitled to said unclaimed dividend is as follows:

GUY JOSEPH SANDERS
32031 VIA BUHO
TRABUCO CANYON, CA 92679

Date: August 7, 2010

_____
Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0818362 | GUY JOSEPH SANDERS ACCT: | Claim: 00000 | XXX-XX-8039 | 0.01 | 0.00 | 0.01 |
| | | TOTALS | | 0.01 | 0.00 | 0.01 |

GUY JOSEPH SANDERS

BALANCE:                [0.00 100/00000]
SSN: XXX-XX-8039    SSN:
ACCT:                            CASE: 0818362
PRINCIPAL:        0.01    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA 92856

SUNTRUST
800-786-8787

64-79
611

0300785

Jul 23, 2010

VOID 90 DAYS FROM DATE

*********$0.01

**PAY** Zero And 01/ 100 Dollars

**TO THE ORDER OF**    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA 90012

⑈0300785⑈ ⑆061100790⑆ 000000575186 2⑈